Tristan G. Pelayes, Esq. (SBN: 206696)
Jacob P. Menicucci, Esq. (SBN: 305237)
WAGNER & PELAYES, LLP
1325 Spruce Street, Suite 200
Riverside, CA 92507
Tel.: (951) 686-4800
Fax: (951) 686-4801
dew@wagner-pelayes.com
*Attorneys for Plaintiff, ABRAHAM JOSEPH*

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM JOSEPH,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF LA VERNE, and DOES 1 to 10, inclusive,<br><br>    Defendants. | CASE NO.: 2:17-cv-06817-FMO (Ex)<br><br>**JUDGMENT**<br><br>*Honorable Fernando M. Olguin*<br>*Courtroom 6D* |

TO THE HONORABLE FERNANDO M. OLGUIN:

WHEREAS, on September 15, 2017, plaintiff Abraham Joseph filed this action alleging violations of his civil rights; and

WHEREAS, on February 27, 2018, pursuant to Fed. R. Civ. P. 68, defendants City of La Verne, Detective Mark Gutierrez ("Gutierrez"), Corporal Devon Harden ("Harden"), Corporal Erin Hess ("Hess"), and Corporal Jay Alvarado ("Alvarado"), (collectively referred to as "defendants") served on plaintiff an Offer of Judgment in favor of plaintiff Abraham Joseph; and

1

JUDGMENT PURSUANT TO ACCEPTANCE OF RULE 68

WHEREAS, on March 6, 2018, plaintiff Abraham Joseph accepted defendants' offer;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. Judgment be entered in favor of plaintiff Abraham Joseph and against defendants City of La Verne and Detective Gutierrez, Corporal Harden, Corporal Hess, and Corporal Alvarado on all claims.

2. Judgment in favor of plaintiff Abraham Joseph and against defendants City of La Verne and Detective Gutierrez, Corporal Harden, Corporal Hess, and Corporal Alvarado shall be in the total sum of $150,001.00 (one hundred fifty thousand one dollar and zero cents), to be paid by defendant city of La Verne.

3. That pursuant to this judgment all parties shall bear their own costs, fees, and attorney's fees.

**IT IS SO ORDERED.**

Dated: March 8, 2018 _____/s/_____
Honorable Fernando M. Olguin
United States District Judge

2

JUDGMENT PURSUANT TO ACCEPTANCE OF RULE 68